UNITED STATES BANKRUPTCY COURT

District of Nevada

RECEIVED
AND
Aug 9  | 28 ... '10

BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

In re <u>Tuscany Golf Country Club, LLC</u>

Case No. <u>09-14884</u>

Court ID (Court use only)_____

### WITHRAWAL OF CLAIM

Due to a filing mistake, the attached Proof of Claim signed July 22, 2010 was filed in error in the above entitled case. It was to document a claim that was previously filed.

R. Smith International dba RSource hereby requests that this duplicate claim be withdrawn.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

R. Smith International

By: _____  Date: August 2, 2010
Lawrence A. Reid CEO

B210
(12/04)

# United States Bankruptcy Court

District Of Nevada

In re Tuscany Golf Country Club, LLC

Case No. 09-14884

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

R. Smith International, LLC dba RSource
Name of Transferee

Name and Address where notices to transferee should be sent: RSource
6001 Broken Sound Pkwy #620
Boca Raton, FL 33487
Phone: 561-245-4373
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above)

Phone: 561-245-4373
Last Four Digits of Acct #: 1408
Court Claim # (if known): 11
Date Claim Filed: 8/7/09

Tygris Vendor Finance, Inc.
Name of Transferor F/K/A US Express Leasing, Inc.

Court Record Address of Transferor (Court Use Only) Tygris Vendor Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054
Annette McGovern
Last Four Digits of Acct. #: 8576

Name and Current Address of Transferor

Phone: 973-576-0657
Last Four Digits of Acct. #: 8576

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (signature)
Transferee/Transferee's Agent

Date: 7/23/10

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

CLERK OF THE COURT