B210
(12/04)

# United States Bankruptcy Court
### District of Nevada

In re **Tuscany Golf Country Club, LLC**

Case No. **09-14884**

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**R. Smith International, LLC dba RSource**
Name of Transferee

Name and Address where notices to transferee should be sent:
RSource
6001 Broken Sound Pkwy #620
Boca Raton, FL 33487
Phone: 561-245-4373
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above)

Phone: 561-245-4373
Last Four Digits of Acct #: 1408

Court Claim # (if known): 11
Date Claim Filed: 8/7/09

**Tygris Vendor Finance, Inc.**
Name of Transferor F/K/A US Express Leasing, Inc.

Court Record Address of Transferor
(Court Use Only) Tygris Vendor Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054
Annette McGovern
Last Four Digits of Acct. #: 8576

Name and Current Address of Transferor

Phone: 973-576-0657
Last Four Digits of Acct. #: 8576

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 7/23/10

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---**DEADLINE TO OBJECT TO TRANSFER**---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
CITY OF LOS ANGELES    )

I, Rolanda Mori, am employed in the city and county of Los Angeles, California of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On August 17, 2010, I caused to be served the **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY)** in this action by placing the original enclosed in sealed envelopes addressed as follows:

R. Smith International LLC, dba Resource RSource
6001 Broken Sound Parkway #620
Boca Raton, FL  33847

Tygris Vendor Finance, Inc. f/k/a US Express Leasing, Inc.
Tygris Vendor Finance, Inc.
10 Waterview Blvd.,
Parsippany, NJ  07054

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on August 17, 2010, at Los Angeles, California.

_____
Rolanda Mori

73203-035\DOCS_LA:223764.1