# United States Bankruptcy Court
### District of Nevada

**Case No. <u>09–14884–lbr</u>**
**Chapter 11**

In re: (Name of Debtor)
    TUSCANY GOLF COUNTRY CLUB, LLC
    aka TUSCANY GOLF CLUB
    901 OLIVIA PARKWAY
    HENDERSON, NV 89015

Social Security No.:

## NOTICE OF ASSIGNMENT OF CLAIM AND PENDING ORDER THEREON

**YOU ARE HEREBY NOTIFIED** an Assignment of Claim has been filed in this case by the Assignor named above. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), you are hereby notified that unless you file your objection within 21 days following the date of this notice, the following Order will become effective without further action by the Court. Any objection filed must be set for hearing and notice sent to the U.S. Trustee, Trustee, creditors, and all parties in interest.

**IT IS ORDERED** that R. Smith International, LLC, Assignee, is hereby substituted for Tygris Vendor Finance, Inc., Assignor, as a claimant against the estate herein, effective on the 22nd day hereafter, absent the filing of a timely objection.

I hereby certify that on this date a copy of the within notice was mailed to each of the parties named above. The Assignment of Claim may be viewed through the PACER (Public Access to Court Electronic Records) system.

Dated: 8/19/10

                                                          BY THE COURT

                                                          *Mary A. Schott*

                                                          Mary A. Schott
                                                          Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: walthersd              Page 1 of 1                    Date Rcvd: Aug 19, 2010
Case: 09-14884                 Form ID: nclaim              Total Noticed: 2

The following entities were noticed by first class mail on Aug 21, 2010.
cr             +R. SMITH INTERNATIONAL DBA RSOURCE,    6001 BROKEN SOUND PKWY #620,    BOCA RATON, FL 33487-2766
5109885        +TYGRIS VENDOR FINANCE, INC. F/K/A,    U.S. EXPRESS LEASING, INC.,    ATTN: ANNETTE MCGOVERN,
                 10 WATERVIEW BLVD.,    PARSIPPANY, NJ 07054-1286
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**              Signature:   _Joseph Speetjens_